## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   MARY ANN FORTSON                          CASE NO: 06-05589
                                                   CHAPTER 13

         DEBTORS(S)                                JUDGE:  JACK B SCHMETTERER


                                                   NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   BANK OF AMERICA

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 5026 ARRS | $ 15,481.27 | $ 11,981.27 | $ 11,981.27 |

| | | | | |
|---|---|---|---|---|
| Total Amount Paid the Trustee | | | | $ 11,981.27 |

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:06-05589

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 04th day of    October, 2012.

Debtor(s)                                                                Debtors Attorney

MARY ANN FORTSON                                         ARENDS & ASSOCIATES
3329 W 84TH ST ....                                              10020 S WESTERN
CHICAGO IL 60652                                               CHICAGO IL 606430000

Mortgage Arrearage Creditor

BANK OF AMERICA
% BAC HOME LOANS SERVICING LP
7105 CORPORATE DR
PLANO TX 75024

Electronic Service US Trustee

Date: October 4, 2012                                            /s/ Tom Vaughn

                                                                            Tom Vaughn, Chapter 13 Trustee
                                                                            Chapter 13 Trustee
                                                                            55 East Monroe Street, Suite 3850
                                                                            Chicago, Ill   60603